IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LESLEY A. HALL, and JULIE E. WEST, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:06CV3069 |
| | ) | |
| v. | ) | |
| | ) | |
| NEMAHA, COUNTY OF, AUBURN, CITY OF, BRENT LOTTMAN, CHRIS BAKER, CHRIS ERICKSON, JOHN DOES 1-3, BARBIE BAKER, GAIL KELSEY, JOHN DOES 4-5, and TIERRA ERICKSON, | ) ) ) ) ) ) | REASSIGNMENT ORDER |
| | ) | |
| Defendants. | ) ) | |

It has come to this court's attention that an error has occurred in the judge draw in this case.

THEREFORE, IT IS ORDERED that this case is reassigned to Senior Judge Warren K. Urbom for disposition and to Magistrate David L. Piester for pretrial supervision.

DATED this 29th day of March, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge