```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

LESLEY A. HALL, et al.,         )
                                )
          Plaintiffs,           )
                                )           4:06CV3069
     v.                         )
                                )
THE COUNT OF NEMAHA,            )
NEBRASKA, et al.,               )           ORDER
                                )
          Defendants.           )
                                )
```

    Magistrate Judge Piester has recused himself from this case.

    IT THEREFORE HEREBY IS ORDERED:

    The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

    DATED this 17th day of April, 2006.

                                  BY THE COURT

                                  s/ *David L. Piester*
                                  David L. Piester
                                  United States Magistrate Judge