IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LESLEY A. HALL, and JULIE E. WEST, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:06CV3069 |
| | ) | |
| v. | ) | |
| | ) | |
| NEMAHA, COUNTY OF, AUBURN, CITY OF, BRENT LOTTMAN, CHRIS BAKER, CHRIS ERICKSON, JOHN DOES 1-3, BARBIE BAKER, GAIL KELSEY, JOHN DOES 4-5, and TIERRA ERICKSON, | ) ) ) ) ) ) ) | REASSIGNMENT ORDER |
| | ) | |
| Defendants. | ) ) | |

Pursuant to the recusal of Magistrate Judge David L. Piester (Filing No. 18) in the above matter,

IT IS ORDERED that this case is reassigned to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters, and remains assigned to District Judge Warren K. Urbom for disposition.

DATED this 18th day of April, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge