IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LESLEY A. HALL and JULIE E. WEST, Personal Representatives of JEREMIAH DALIN HALL (deceased),<br><br>    Plaintiffs,<br><br> vs.<br><br>THE COUNTY OF NEMAHA, NEBRASKA and THE CITY OF AUBURN, NEBRASKA, political subdivisions of the State of Nebraska; BRENT LOTTMAN, Sheriff of Nemaha County, Nebraska, in his official and individual capacities; CHRIS BAKER, CHRIS ERICKSON, and JOHN DOES 1-3, law enforcement officers employed by the County of Nemaha, Nebraska or the City of Auburn, Nebraska, in their individual and official capacities; BARBIE BAKER, GAIL KELSEY, TIERRA ERICKSON, and JOHN DOES 4-5, jailers and dispatchers employed by the County of Nemaha, Nebraska or the City of Auburn, Nebraska, in their individual and official capacities,<br><br>    Defendants. | 4:06CV3069<br><br>SCHEDULING ORDER |

Upon reassignment of this case to the undersigned for full pretrial supervision,

 **IT IS ORDERED** that the May 22, 2006 deadline for filing a Rule 26(f) planning report is hereby suspended pending the district court's ruling on the Motion to Dismiss [21] filed by defendants County of Nemaha, Brent Lottman, Chris Baker, Chris Erickson, Barbara Baker, Gail Kelsey, Tara Erickson, and Nemaha County employees "John Does" 1-5, and the filing of a response to the Complaint by defendant City of Auburn. A new reporting deadline will be set by further order of the court.

 **DATED May 22, 2006.**

                **BY THE COURT:**

                **s/ F.A. Gossett**
                **United States Magistrate Judge**