IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LESLEY A. HALL and JULIE E. WEST, Personal Representatives of JEREMIAH DALIN HALL (deceased),<br><br>Plaintiffs,<br><br>vs.<br><br>THE COUNTY OF NEMAHA, NEBRASKA and THE CITY OF AUBURN, NEBRASKA, political subdivisions of the State of Nebraska; BRENT LOTTMAN, Sheriff of Nemaha County, Nebraska, in his official and individual capacities; CHRIS BAKER, CHRIS ERICKSON, and JOHN DOES 1-3, law enforcement officers employed by the County of Nemaha, Nebraska or the City of Auburn, Nebraska, in their individual and official capacities; BARBIE BAKER, GAIL KELSEY, TIERRA ERICKSON, and JOHN DOES 4-5, jailers and dispatchers employed by the County of Nemaha, Nebraska or the City of Auburn, Nebraska, in their individual and official capacities,<br><br>Defendants. | 4:06CV3069<br><br>SCHEDULING ORDER |

Judge Urbom has ruled on the defendants' Motions to Dismiss [21] & [24]. Accordingly,

**IT IS ORDERED** that the parties are given until and including **July 20, 2006** to meet and confer pursuant to Fed. R. Civ. P. Rule 26(f) and file their planning report with the court.

**DATED June 29, 2006.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge