IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LESLEY A. HALL and JULIE E. WEST, Personal Representatives of JEREMIAH DALIN HALL (deceased),<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>THE COUNTY OF NEMAHA, NEBRASKA and THE CITY OF AUBURN, NEBRASKA, political subdivisions of the State of Nebraska; BRENT LOTTMAN, Sheriff of Nemaha County, Nebraska, in his official and individual capacities; CHRIS BAKER, CHRIS ERICKSON, and JOHN DOES 1-3, law enforcement officers employed by the County of Nemaha, Nebraska or the City of Auburn, Nebraska, in their individual and official capacities; BARBIE BAKER, GAIL KELSEY, TIERRA ERICKSON, and JOHN DOES 4-5, jailers and dispatchers employed by the County of Nemaha, Nebraska or the City of Auburn, Nebraska, in their individual and official capacities,<br><br>　　　　　　Defendants. | 4:06CV3069<br><br>ORDER |

Upon review of the file,

**IT IS ORDERED** that the parties' STIPULATION AND JOINT MOTION FOR AMENDMENT OF PROGRESSION ORDER [38] is granted, and the Initial Progression Order [32] is amended, as follows:

　　1.　Motions to dismiss or for summary judgment based on qualified immunity shall be filed no later than **January 10, 2007**.

　　2.　All other deadlines, conferences and/or hearings (including the October 30, 2006 planning conference) set in the Initial Progression Order [32] are cancelled and/or suspended pending the district court's ruling on motions to dismiss or for summary judgment based on qualified immunity.

　　DATED October 5, 2006.

　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　United States Magistrate Judge