IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LESLEY A. HALL and JULIE E. WEST, Personal Representatives of JEREMIAH DALIN HALL (deceased),<br><br>  Plaintiffs,<br><br>  vs.<br><br>THE COUNTY OF NEMAHA, NEBRASKA and THE CITY OF AUBURN, NEBRASKA, political subdivisions of the State of Nebraska; BRENT LOTTMAN, Sheriff of Nemaha County, Nebraska, in his official and individual capacities; CHRIS BAKER, CHRIS ERICKSON, and JOHN DOES 1-3, law enforcement officers employed by the County of Nemaha, Nebraska or the City of Auburn, Nebraska, in their individual and official capacities; BARBIE BAKER, GAIL KELSEY, TIERRA ERICKSON, and JOHN DOES 4-5, jailers and dispatchers employed by the County of Nemaha, Nebraska or the City of Auburn, Nebraska, in their individual and official capacities,<br><br>  Defendants. | 4:06CV3069<br><br>ORDER |

The parties request a 60-day extension of the progression order deadlines. The only deadline now pending is the January 10, 2007 deadline for filing motions to dismiss or for summary judgment based on qualified immunity. The case cannot proceed until these issues are decided. Based on the information contained in the parties' stipulated motion, I find that a continuance to February 14, 2007 should be granted.

**IT IS ORDERED** that the parties' STIPULATION AND JOINT MOTION FOR AMENDMENT OF PROGRESSION ORDER [42] is granted in part. Motions to dismiss or for summary judgment based on qualified immunity shall be filed no later than **February 14, 2007**.

**DATED December 26, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**