IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LESLEY A. HALL and JULIE E. WEST, Personal Representatives of JEREMIAH DALIN HALL (deceased),<br><br>Plaintiff,<br><br>v.<br><br>THE COUNTY OF NEMAHA, NEBRASKA and THE CITY OF AUBURN, NEBRASKA, political subdivisions of the State of Nebraska; BRENT LOTTMAN, Sheriff of Nemaha County, Nebraska, in his official and individual capacities, CHRIS BAKER, CHRIS ERICKSON, and JOHN DOES 1-3, law enforcement officers employed by the County of Nemaha, Nebraska or the City of Auburn, Nebraska, in their individual and official capacities, BARBIE BAKER, GAIL KELSEY, TIERRA ERICKSON, and JOHN DOES 4-5, jailers and dispatchers employed by the County of Nemaha, Nebraska or the City of Auburn, Nebraska, in their individual and official capacities,<br><br>Defendants. | Case No. 4:06CV3069<br><br>REASSIGNMENT ORDER |

    Magistrate Judge David L. Piester has determined that his recusal from cases in which the Baylor, Evnen Law Firm or Keating, O'Gara Law Firm are involved may now end. Accordingly,

    IT IS ORDERED that this case is reassigned to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matter.  This case remains assigned to District Judge Richard G. Kopf.

    DATED this 1st day of February, 2007.

BY THE COURT:

*s/ Joseph F. Bataillon*

Joseph F. Bataillon, Chief Judge
United States District Court