IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LESLEY A. HALL and JULIE E. WEST, Personal Representatives of JEREMIAH HALIN HALL (deceased), | ) ) ) ) | 4:06CV3069 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| THE COUNTY OF NEMAHA, NEBRASKA and THE CITY OF AUBURN, NEBRASKA, political subdivisions of the State of Nebraska, et al., | ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court upon the plaintiffs' motion for an extension of time to respond to the defendants' pending motions for summary judgment. For good cause shown, I will grant the motion.

IT IS ORDERED that the motion in filing 54 is granted, and the plaintiffs shall have until May 4, 2007 to file a brief opposing the defendants' pending motionsfor summary judgment (filings 46 & 49).

March 12, 2007                                BY THE COURT:

                                              *s/Richard G. Kopf*
                                              United States District Judge