IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LESLEY A. HALL and JULIE E. WEST, Personal Representatives of JEREMIAH HALIN HALL (deceased),</br></br>Plaintiffs,</br></br>v.</br></br>THE COUNTY OF NEMAHA, NEBRASKA and THE CITY OF AUBURN, NEBRASKA, political subdivisions of the State of Nebraska, et al.,</br></br>Defendants. | )))))))))))))))) | 4:06CV3069</br></br></br></br></br></br>**MEMORANDUM</br>AND ORDER** |

This matter is before the court upon Plaintiffs' motion for a one-day extension of time for submission of its brief in response to Defendants' pending motions for summary judgment (filing 58) and the motion of the Nemaha County defendants for an extension of time for submission of a reply brief (filing 60). I find that both motions should be granted.

IT IS ORDERED:

1. Plaintiffs' motion for an extension of time for filing its responsive brief (filing 58) is granted, and the brief submitted in filing 59 is accepted for filing; and

2. The motion of the Nemaha County defendants for an extension of time for submission of their reply brief (filing 60) is granted, and those defendants shall have until May 25, 2007 to submit their reply brief.

May 16, 2007                                BY THE COURT:

                                            *s/Richard G. Kopf*
                                            United States District Judge