IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LESLEY A. HALL, Personal Representatives of, and JULIE E. WEST, Personal Representatives of, <br><br> Plaintiffs, <br><br> v. <br><br> CHRIS BAKER, law enforcement officers employed by the County of Nemaha, Nebraska or the City of Auburn, Nebraska, in their individual and official capacities, and BARBIE BAKER, jailers and dispatchers employed by the County of Nemaha, Nebraska or the City of Auburn, Nebraska, in their individual and official capacities, <br><br> Defendants. | 4:06CV3069 <br><br> ORDER |

It appears from the record that this case is now ready for further progression.

IT THEREFORE HEREBY IS ORDERED,

The Rule 16 telephone planning conference is reset for October 9, 2006 at 10:00 a.m. Plaintiff's counsel shall initiate the call to the chambers of the undersigned at 402-437-5235.

DATED this 18th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge