```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

LESLEY A. HALL, et al.,         )
                                )
              Plaintiffs,       )         4:06CV3069
                                )
         v.                     )
                                )         ORDER
KRIS BAKER, et al.,             )
                                )
              Defendants.       )
                                )
```

On the court's own motion,

IT IS ORDERED:

The pretrial conference is continued from March 27, 2008 to April 2, 2008 at 2:00 p.m. before the undersigned. The trial remains on April 14, 2008 as previously set before the Honorable Richard G. Kopf.

DATED this 14th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge